# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2019107215
Date Received: APR 12 2019
Date Due: 5/12/19
Grievance Code: 400
Investigator ID #: I2086
Extension Date: ___
Date Retd to Offender: APR 16 2019

Offender Name: Iscreal Hudgins   TDCJ #: 1649133
Unit: CD   Housing Assignment: ~~HHH~~ L122
Unit where incident occurred: CD

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? _____ When? _____
What was their response? _____
What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am appealing case #20190184867

I have a right to attend my disciplinary hearing TDCJ disciplinary Rule VI-A

and

The evidence is insufficient to find guilt. TDCJ Disciplinary rule XI-C-2

I was not allowed to attend my disciplinary hearing on 4/10/19, no one came to my cell at all to take me to court. How can I be excluded for failure to comply with Ad Seg Procedures and on camera it shows. ▓ no one came to my cell and ask me do I want to attend court. Nobody between 1pm and 2pm there was not court escort at all.

The evidence is insufficient to prove guilt. Threatening to inflict harm on someone requires words that states an action. "I will not keep playing with you" is not a threat. The evidence is insufficient to prove the offense. I could have beat this case

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

at court - thats why they falsified documents to run the case without me.

This case cause # 20190184887 should be overturned due to Disciplinary rules as stated.

**Action Requested to resolve your Complaint.** Review the cameras on 4/10/19 between 1am-2am - no one ask me do I want to go to court, this case to be overturned

Offender Signature: [signature]     Date: 4/11/19

**Grievance Response:**

Disciplinary case #20190184887 has been reviewed. The disciplinary charge was appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines. No further action is warranted in this matter.

Signature Authority: [signature] Funai     Date: 2-6-79

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| | JUL 0 1 2019 |
| Grievance #: | 2019107215 |
| UGI Recd Date: | APR 10 2019 |
| HQ Recd Date: | APR 26 2019 |
| Date Due: | 05-18 |
| Grievance Code: | 400 / 11312 |
| Investigator ID#: | 11312 |
| Extension Date: | 6-17 |

Offender Name: Isreal Hudgins   TDCJ# 1104933
Unit: CO   Housing Assignment: LIII K314
Unit where incident occurred: CO

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

My Disciplinary rights were violated "Due process". I have a right to attend my disciplinary hearing court was conducted without me being present. I didn't sign anything to waive my rights. New evidence Counsel Substitute Ms Roberts reviewed the camera herself and told me no escort came to get me for court. Court was conducted on 4.10.19 at 1330. Ms Roberts is my witness that my rights were violated. Code 4.0 threatening to inflict harm. The evidence is insufficient to prove this offense. I will not keep playing with you - is not a threat - it's a freedom of speech. Ms R Cox wrote this case against me. R Cox is coffield grievance investigator - her investigating my appeal grievance on a case she wrote against me is a "conflict of interest". Capt Bales know they violated my rights. Ms Whitfield knows also. Capt Collum ordered the grievance investigator to deny my appeal grievance. This grievance was not to be investigated by grievance staff period. That generated the threatening to inflict harm case against me. A threat cant be made stating "I

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

will not keep playing with you" to pose a threat to inflict harm. Also my court paper "Notification" of my hearing I received through the mail. I sent with my Step 1 they did not cotain it. Ms Roberts is my new evidence

**Offender Signature:** _[signature]_     **Date:** 4/17/19

**Grievance Response:**

A review of Disciplinary Case #20190184887 has been conducted. The hearing records support the guilty finding. The punishment was within established guidelines. No due process or procedural violations noted. Video, statements and documentation reveal that the preliminary investigation, the initial writing of the case, and your actions denying your attendance at the hearing were within agency guidelines. No further action is warranted by this office.

**T. PHILLIPS**

**Signature Authority:** _[signature]_     **Date:** 6-10-19

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)     Appendix G