IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ISREAL HUDGINS, #1649033 | § | |
| VS. | § | CIVIL ACTION NO. 6:19cv330 |
| DIRECTOR, TDCJ-CID | § | |

SHOW CAUSE ORDER

The Court has examined the petition for writ of habeas corpus submitted regarding his disciplinary proceeding at the Coffield Unit, and has determined that a response from the Respondent is required. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall issue process and the Respondent shall have 60 days in which to show cause why the writ should not be granted or to otherwise plead.

Pursuant to the written consent of the Texas Attorney General's Office, copies of the petition, attachments, and orders will be served electronically upon the Texas Attorney General, counsel for the Director, and will be directed to the attention of Edward Marshall, Chief, Criminal Appeals Division, at edward.marshall@oag.texas.gov and Laura Haney at laura.haney@oag.texas.gov. *See* Fed. R. Civ. P. 5(b)(2)(E).

**So ORDERED and SIGNED this 23rd day of July, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE