PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: _Isreal Hudgins #1649033_
RECEIVED: _6:19-CV-330 #4, #5_
on this ____ day of _Jul_, 20_19_, at _1:30_ a.m./p.m.
at _Coffield Unit_
(Name of Institution)

_____    _____
Witness (if by mark)    (Signature, or mark, of addressee)

_____
Witness (if by mark)

[STAMP: CLERK, U.S. DISTRICT COURT RECEIVED AUG - 5 2019 E. DIST. OF TEX]

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20_____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness