Isreal Hudgins

V

Lorie Davis



Motion to Receive a Copy of Attachments

Comes now Petitioner Isreal Hudgins-Lowes before this court requesting a copy of attachments the Step 1 and Step 2 grievance and will showed the follow:

1) Petitioner is indigent

2) Petitioner needs a copy of the attachments to present as evidence in this retaliation claim.

Prayer

Petitioner prays that this court grants this motion and provide Petitioner with a copy of the attachments.

Petitioner did send this motion to the Eastern District Ct at 211 West Ferguson on 8.22.19

Executed 8.22.19

Isiah Hawkins
TDCJ 1679633
Coffield unit