IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ISREAL HUDGINS, #1649033 | § | |
| VS. | § | CIVIL ACTION NO. 6:19cv330 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

Before the Court is Petitioner's motion to grant his habeas petition and expunge his prison disciplinary case, (Dkt. #14). In support of his motion, Petitioner argues that there was no evidence to support a disciplinary charge and complains of his classification status. The Court notes that it ordered an answer from the Respondent, which was filed on September 16, 2019, (Dkt. #11), wherein the Respondent responds to his claims. Both Petitioner's petition and Respondent's response will be reviewed, and a Report and Recommendation will issue as soon as time permits. Petitioner's current motion is therefore premature at this time. Accordingly, it is

**ORDERED** that Petitioner's motion to grant his habeas petition, (Dkt. #14), is **DENIED** as premature.

**So ORDERED and SIGNED this 4th day of October, 2019.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE